# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Felipe Segura

                                    Plaintiff,

v.                                              Case No.: 1:09−cv−03886
                                                Honorable Blanche M. Manning

Just Manufacturing Company

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 7, 2009:

        MINUTE entry before the Honorable Blanche M. Manning: There being no objection, plaintiff's motion to voluntarily dismiss lawsuit without prejudice [11] is granted. Plaintiff's motion to dismiss [14] is stricken as duplicative of #11. Status hearing set to 11/12/2009 is stricken. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.