UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

Felipe Segura

         Plaintiff,

v.                  Case No.: 1:09–cv–03886
                    Honorable Blanche M. Manning

Just Manufacturing Company

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 7, 2009:

   MINUTE entry before the Honorable Michael T. Mason: The District Court having terminated this case, all pending hearings and deadlines before this Court are hereby terminated. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Judge Michael T. Mason no longer referred to the case.(rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.